UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY K. BROWN, and all others similarly situated,<br><br>　　　　Plaintiff(s),<br>　v.<br>WELLS FARGO BANK, N.A.<br><br>　　　　Defendant(s)._____/ | No. C 08-00492 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2/4/08

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

Further, on the date set forth below, I served a true and correct copy of the following documents via United States Postal Service certified mail, return receipt requested:

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;**
- **CERTIFICATE OF SERVICE**

On the following counsel for defendant Wells Fargo Bank, N.A. (accepting service by agreement):

**David S. Reidy**
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 4, 2008                   */s/ Jennie Lee Anderson*
                                              Jennie Lee Anderson

                                              ANDRUS LIBERTY & ANDERSON LLP
                                              1438 Market Street
                                              San Francisco, CA  94102
                                              Telephone:  (415) 896-1000
                                              Facsimile:  (415) 896-2249
                                              jennie@libertylaw.com