1
2  Lori E. Andrus (SBN 205816)
   Micha Star Liberty (SBN 215687)
3  Jennie Lee Anderson (SBN 203586)
   ANDRUS LIBERTY & ANDERSON LLP
4  1438 Market Street
   San Francisco, CA 94102
5  Telephone: (415) 896-1000
   Facsimile:  (415) 896-2249
6  lori@libertylaw.com
   micha@libertylaw.com
7  jennie@libertylaw.com

8  *Attorneys for Plaintiff and the Proposed Class*

9
10                UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                     SAN FRANCISCO DIVISION

12

13 | RUBY KATHRYN BROWN, on behalf of herself and all others similarly situated, | Civil Case No.: C 08-00492 MMC |
14 | Plaintiff, | |
15 | v. | **PROOF OF SERVICE –** |
16 | WELLS FARGO BANK, N.A., | **SUMMONS AND COMPLAINT** |
17 | Defendant. | |

18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE – SUMMONS AND COMPLAINT

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 1438 Market Street, San Francisco, California 94102. I hereby certify that on <u>February 4, 2008</u>, I served a true and correct copy of the following documents via United States Postal Service first-class mail, postage prepaid:

- **SUMMONS IN A CIVIL CASE;**
- **CIVIL COVER SHEET;**
- **CLASS ACTION COMPLAINT;**
- **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16;**
- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
- **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**
- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**
- **CERTIFICATE OF SERVICE**

On the following counsel for defendant Wells Fargo Bank, N.A. (by agreement of the parties):

**David S. Reidy**
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 21, 2008

*/s/ Jeffrey Lais*
Jeffrey Lais

- 2 -