Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
Tyree P. Jones, Jr. (SBN 127631)
tpjones@reedsmith.com
David S. Reidy (SBN 225904)
dreidy@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY KATHRYN BROWN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: CV 08-00492 MMC<br><br>**CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PARTIES OF DEFENDANT WELLS FARGO BANK, N.A.**<br><br>Complaint filed:   January 23, 2008<br><br>**HON. MAXINE M. CHESNEY** |

I.   **CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wells Fargo Bank, N.A., by and through its counsel of record Reed Smith LLP, hereby discloses as follows:

1.   Wells Fargo & Company, a publicly traded company, is the ultimate parent of Wells Fargo Bank, N.A.

## II. CERTIFICATE OF INTERESTED PARTIES

To enable this Court to evaluate possible disqualification or recusal in this action, pursuant to Local Rule 3-16(a) and (b), Defendant Wells Fargo Bank, N.A., certifies that the following entities, in addition to the parties themselves, have either a financial interest in this controversy, or could otherwise be affected by the outcome of this proceeding:

1. Wells Fargo & Company, a publicly traded company.
2. Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A.

DATED: March 7, 2008

REED SMITH LLP

By____/s/_____
Robert D. Phillips, Jr.
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.