Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     (415) 543-8700
Facsimile:     (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION | Lead Case No.: C-07-03880 MJJ (Jeffries) |
| | Related Case No. C-07-04309 MJJ (Ventura) |
| This document relates to: | Related Case No.  CV 08-00492 MMC (Brown) |
| ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| | Case Management Conference: |
| | **New Hrg. Date:    May 9, 2008**<br>Time:                      10:30 a.m.<br>Courtroom:          7 (19th Floor) |
| | ***Hon. Maxine M. Chesney*** |

**STIPULATION**

WHEREAS, on February 21, 2008, this Court issued Case Management Conference Orders in these related actions scheduling a joint case management conference ("CMC") on May 2, 2008; and

WHEREAS, lead counsel of record for Wells Fargo Bank, N.A. ("Wells Fargo") will be traveling out of state on that date and is therefore unavailable; and

– 1 –

STIPULATION AND [PROPOSED] ORDER THEREON

DOCSSFO-12511852.1-DSREIDY

WHEREAS, the parties hereto agree to continue the CMC hearing date by one week, to May 9, 2008, at 10:30 a.m., in this Court:

IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record that the CMC in these related actions should be continued by one week, to **May 9, 2008, at 10:30 a.m.**, in this above-captioned Court:

**SO STIPULATED:**

DATED:  April 15, 2008        REED SMITH LLP

By   /s/
   David S. Reidy
   Attorneys for Defendant
   WELLS FARGO BANK, N.A.

DATED:  April 15, 2008        BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By   /s/
   Andrew S. Friedman
   Lead Counsel for Plaintiffs

### ORDER

Based on the stipulation of the parties hereto, and good cause appearing thereon, the Court hereby vacates the case management conference currently scheduled on May 2, 2008, and hereby reschedules the case management conference to **Friday, May 9, 2008, at 10:30 a.m.**, in this Court.

**SO ORDERED:**

DATED:  April 16, 2008

_____
Hon. Maxine M. Chesney
United States District Court Judge

– 2 –

STIPULATION AND [PROPOSED] ORDER THEREON

DOCSSFO-12511852.1-DSREIDY