**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Brown,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Wells Fargo Bank, N.A.,<br><br>                Defendant(s). | 08-00492 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

    The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

    Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
08-00492 MMC                 -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: April 30, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-00492 MMC                                               -2-

PROOF OF SERVICE

Case Name:	Brown v. Wells Fargo Bank, N.A.

Case Number:	08-00492 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 30, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jennie Lee Anderson
> Andrus Liberty & Anderson LLP
> 1438 Market Street
> San Francisco, CA 94102
> jennie@libertylaw.com
>
> Lori Erin Andrus
> Andrus Liberty & Anderson LLP
> 1438 Market Street
> San Francisco, CA 94102
> lori@libertylaw.com
>
> Micha Star Liberty
> Andrus Liberty & Anderson
> 1438 Market Stret
> San Francisco, CA 94102
> micha@libertylaw.com
>
> Barry W. Walker
> The Walker Law Firm
> Two 20th Street North, Suite 1320

Birmingham, AL 35203

David S. Reidy
Attorney at Law
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
dreidy@reedsmith.com

Robert D. Phillips Jr.
Reed Smith LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94120-7936
RPhillips@ReedSmith.com

Tyree P. Jones Jr.
Reed Smith LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94120-7936
tjones@interactivelawgroup.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 30, 2008 in San Francisco, California.

                                              RICHARD W. WIEKING
                                              Clerk
                                              by:    Timothy J. Smagacz

                                              ADR Administrative Assistant
                                              415-522-4205
                                              Tim_Smagacz@cand.uscourts.gov