1  BONNETT, FAIRBOURN, FRIEDMAN
2  & BALINT, P.C.
   Andrew S. Friedman (admitted *pro hac vice*)
3  Wendy J. Harrison (CA SBN 151090)
   2901 North Central Avenue, Suite 1000
4  Phoenix, Arizona 85012
5  (602) 274-1100

6  KLEIN KAVANAGH COSTELLO, LLP
   Gary Klein
7  Shennan Kavanagh
8  85 Merrimac St., 4th Floor
   Boston, MA 02114
9  (617) 357-5500

10 *Interim Co-Lead Class Counsel*

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA

13 In re: WELLS FARGO MORTGAGE          )
14 LENDING PRACTICES LITIGATION         ) M:08-CV-01930-MMC (JL)
                                        )
15 ─────────────────────────────        ) **~~PROPOSED~~ ORDER VACATING**
16 This document relates to             ) **CASE MANAGEMENT**
                                        ) **CONFERENCE AND DISMISSING**
17 ALL ACTIONS                          ) **CASE WITH PREJUDICE**
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
22 ─────────────────────────────        )

1      Pursuant to the parties' Stipulation to Dismiss Case With Prejudice and Vacate Case Management Conference and good cause appearing,

     IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for March 23, 2012 at 10:30 a.m. is vacated.

     IT IS FURTHER ORDERED that this case is dismissed with prejudice.

DATED: March 20, 2012

_____
Hon. Maxine M. Chesney
United States District Court Judge

1